1  STEVEN G. KALAR
   Federal Public Defender
2  EDWARD J. HU (SBN: 260421)
   Assistant Federal Public Defender
3  450 Golden Gate Ave., 19th Fl.
   San Francisco, CA 94102
4  Telephone:    (415) 436-7700
   Facsimile:    (415) 436-7706
5  edward_hu@fd.org

6  Counsel for Defendant Christopher BATTLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | ~~CR-12-71100 MAG~~  CR 12-703 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE NOV. 20, 2012 |
| vs. | ) | APPEARANCE TO DEC. 18, 2012. |
| Christopher BATTLE, | ) | |
| Defendant. | ) | Hon. William H. Alsup |

Upon the foregoing stipulation and GOOD CAUSE being found, it is hereby ORDERED that the appearance presently scheduled for November 20, 2012 be continued to December 18, 2012. At that time, the parties should be prepared to set a trial date and identify what motions will be filed.

IT IS SO ORDERED.

DATED: November 19, 2012

_____
Hon. William H. Alsup
United States District Judge

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge William Alsup]

Stipulation and ~~[Proposed]~~ Order for
Continuance (CR-12-0703 WHA)     Page 1 of 1