MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: suzanne.miles@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BATTLE,<br><br>    Defendant. | No. CR-12-0703 WHA<br><br>STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME<br><br>Date: March 19, 2013<br>Time: 2:00 p.m. |

The parties hereby stipulate to vacate the March 18, 2013 pretrial conference and request that the Court set a change of plea hearing for March 19, 2013, at 2:00 p.m. The government will submit a draft plea agreement for the Court's review contemporaneous with this filing. The parties agree that time shall be excluded under the Speedy Trial Act to permit the Court's review

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
CR-12-0703 WHA

of the proposed plea agreement. 18 U.S.C. § 3616(h)(1)(G).

DATED: March 11, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
SUZANNE B. MILES
Assistant United States Attorney

DATED: March 11, 2013

Stipulated to by:

/s/
EDWARD HU
Attorney for Christopher Battle

### [PROPOSED] ORDER

The Court hereby vacates the March 18, 2013 pretrial conference, sets a date for a change of plea hearing on March 19, 2013, at 2:00 p.m., and excludes the time between the date of this Order and March 19, 2013, from calculation under the Speedy Trial Act for the Court's consideration of the proposed plea agreement. 18 U.S.C. § 3616(h)(1)(G).

IT IS SO ORDERED.

DATED: March 12, 2013.

HONORABLE WILLIAM ALSUP
United States District Judge